Sharon Maynard, OSB# 92584  
BENNETT, HARTMAN, MORRIS & KAPLAN  
111 SW Fifth Ave., Suite 1650  
Portland, Oregon 97204  
Phone (503) 227-4600  
FAX # (503) 248-6800  
e-mail: maynards@bennetthartman.com  
   Attorney for Plaintiff

FILED '10 JUN 04 15:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA J. KIRK,

      Plaintiff,

      v.

MICHAEL ASTRUE,  
Commissioner, Social Security  
Administration,

      Defendant.

Civil No. 09-316-JO

ORDER

(#21)

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,685.04, pursuant to 28 U.S.C §2412, costs in the amount of $355.85, and expenses in the amount of $67.91, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $7,108.80, should be awarded to Plaintiff; made payable to Plaintiff and mailed to Plaintiff's attorney.

DATED: _____4th_____ day of _____June_____, 20010

_____  
UNITED STATES DISTRICT JUDGE

Submitted by:  
/s/_____  
SHARON MAYNARD, OSB #92584  
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES - KIRK